## CERTIFICATE OF SERVICE

I, Mary E. Augustine, Esq., hereby certify that on the 2nd day of November, 2005, I caused a true and correct copy of the **Stipulation of Dismissal**, to be served upon the party listed below in the manner indicated.

**VIA FIRST CLASS U.S. MAIL**

CONNOLLY, BOVE, LODGE & HUTZ
Karen C. Bifferato
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

Mary E. Augustine (No. 4477)